IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 02-cv-01856-RPM

CYNTHIA ROYCE VEREECKE,

        Plaintiff,

v.

JOE ORTIZ,
TIM MERNA,
KRISTA BELLES, and
MEGAN PERKO,

        Defendant.
_____

ORDER DENYING MOTION TO REOPEN
_____

        Upon consideration of the Motion to Reopen Case (Doc. #30), filed on August 15, 2006, it is

        ORDERED that the motion is denied.

        DATED: August 16, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge

Case Number:   02-cv-01856-RPM

I certify that I mailed a copy of the attached to the following:

Cynthia R. Vereecke
12454 W. 85th Ave.
Arvada, CO 80005


Dated: August 16, 2006

                                                GREGORY C. LANGHAM, Clerk

                                                      s/J. Chris Smith

                                                By:_____
                                                         Deputy